

WRITER'S ADDRESS:
420 Lexington Avenue
Suite 2104
New York, NY 10170
D 212-818-0311
F 212-434-0105

Joseph E. Boury
Email: Boury@LitchfieldCavo.com

October 1, 2019

**BY ECF ONLY**
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Attn: Honorable Susan D. Wigenton, U.S.D.J.

>   Re:   Schiff Food Products Co., Inc. v. Turer Bitkisel Uretim Hayvancilik et al.
>         Case Number : 2:18-CV-09017-SDW-CLW
>         Our file No.  : 2282-1153

Dear Judge Wigenton:

We represent the Plaintiff, Schiff Food Products Co., Inc., in this action and are in receipt of Your Honor's Order setting oral argument on the parties' pending motions for October 9, 2019. We write to respectfully request a brief adjournment of this argument date.

I have pre-paid business travel out of the country beginning October 9, returning on October 14th, and a full schedule both in advance of and following that travel. In addition, our preference is that national counsel for Schiff, who authored the various motions by Schiff, and the opposition to the various cross-motions and countervailing motions by the Defendants, and who is more familiar with the background facts underlying the motions, argue the motions. National counsel, who will need to be admitted pro hac vice for this purpose, is also unavailable on October 9 and for a period thereafter.

Accordingly, Schiff respectfully requests an adjournment of the oral argument until October 30, 2019, if this date is convenient for the Court and other counsel.

Respectfully Yours,

LITCHFIELD CAVO LLP

JOSEPH E. BOURY

JEB:nd

Atlanta | Boston area | Chicago | Dallas-Fort Worth | Fort Lauderdale | Hartford area | Houston | Indiana
Las Vegas | Los Angeles area | Louisiana | Milwaukee | New Jersey | New York | Philadelphia | Phoenix
Pittsburgh | Providence | Salt Lake City | St. Louis | Tampa | West Virginia

www.LitchfieldCavo.com

**LITCHFIELD**

Attorneys at Law **CAVO** LLP

Hon. Susan D. Wigenton, USDJ
October 1, 2019
Page 2

cc:

VIA ECF AND U.S. MAIL

Law Offices of Louis J. Maione
303 East 57th Street, 30th Floor
New York, NY 10022
Attn: Louis J. Maione, Esq.

Gunay Law, P.C.
845 Third Avenue
6th Floor
New York, New York 10022
Attn: Petek Gunay, Esq.

Erol Gulistan Law Firm LLC
600 Valley Road, Suite LLR1
Wayne, NJ 07470
Attn: Erol Gulistan, Esq.