# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCHIFF FOOD PRODUCTS CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> TURER BITKISEL URETIM HAYVANCILIK, INSAAT, SU URUNLERI, ORMAN URUNLERI TARIM GIDA SANAYI VE TICARET ANONIM SIKARETI d/b/a TURER BITKISEL A.S. TEPECIK MAH and CELSAN ITHALAT IHRACAT VE TICARET LIMITED SIRKETI, <br><br> Defendants. | Civil Action No. 18-9017 (SDW) (CLW) <br><br> **ORDER** <br><br> October 25, 2019 |

**THIS MATTER** having come before the Court upon Plaintiff Schiff Food Products Co., Inc.'s ("Plaintiff") Motion for Default Judgment (D.E. 18) against Defendants Turer Bitkisel Uretim Hayvancilik, Insaat, Su Urunleri, Orman Urunleri Tarim Gida Sanayi Ve Ticaret Anonim Sikareti ("Turer") and Celsan Ithalat Ihracat Ve Ticaret Limited Sirketi ("Celsan," collectively "Defendants"), Defendants' Motions to Vacate Default (D.E. 23 and 29), and Celsan's Motion to Compel Arbitration (D.E. 25), for the reasons set forth on the record on October 24, 2019,

**IT IS** on this 25th day of October 2019, **ORDERED** as follows:

1. Plaintiff's Motion for Default Judgment (D.E. 18) is **DENIED**;

2. Defendants' Motions to Vacate Default (D.E. 23 and 29) are **GRANTED**;

3. Plaintiff's Complaint (D.E. 1) is *sua sponte* **DISMISSED WITHOUT PREJUDICE** as to Turer for the reasons stated on the record, including for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2);

4. Celsan's Motion to Compel Arbitration (D.E. 25) is **GRANTED**; and

5. This matter shall be administratively terminated until the conclusion of the arbitration proceeding between Plaintiff and Celsan. Thereafter, if appropriate, Plaintiff may request that the Court reinstate this case to the Court's active docket.

**SO ORDERED**.

*s/ Susan D. Wigenton*
**SUSAN D. WIGENTON**
**UNITED STATES DISTRICT JUDGE**

Orig: Clerk
cc: Cathy L. Waldor, U.S.M.J.
Parties